# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Kenneth William Colassi</u>

       v.                                           Civil No. 11-cv-247-SM

<u>Michael Forrest, et al</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The [1] Complaint with attached Exhibits C, D, E, F and [2] Kenneth William Colassi's Motion to Proceed In Forma Pauperis with Financial Declaration in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person(s) whose personal information is contained in these documents. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the [1] Complaint with attached Exhibits C, D, E, F and [2] Kenneth William Colassi's Motion to Proceed In Forma Pauperis with Financial Declaration, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                            <u>/s/ Landya B. McCafferty</u>
                                            Landya B. McCafferty
                                            United States Magistrate Judge

Date: May 17, 2011

cc:     Kenneth William Colassi, pro se