UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kenneth William Colassi</u>

       v.    Case No. 11-cv-247-SM

<u>Michael Forrest, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed (plaintiff had titled his pleading, motion to reconsider), I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 8, 2011, for the reasons set forth therein.    Plaintiff's complaint (document no. 1) is hereby dismissed.

SO ORDERED.

November 30, 2011

/s/ Steven J. McAuliffe
_____
Steven J. McAuliffe
United States District Judge

cc:    Kenneth William Colassi, pro se